USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FAIR HOUSING JUSTICE CENTER, INC.,

          Plaintiff,

-against-

JDS DEVELOPMENT LLC; 616 FIRST AVENUE LLC; 202 8TH LLC; SHOP ARCHITECTS LLP; PROPERTY MARKETS GROUP, INC.; WERBER MANAGEMENT, INC.; and 202 PARK SLOPE LLC,

          Defendants.

19 Civ. 1171 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for March 17, 2020, is ADJOURNED to **July 6, 2020**, at **12:00 p.m.** As set out in the Honorable Gabriel W. Gorenstein's order on January 15, 2020, ECF No. 142, the parties shall file a joint status report on **May 29, 2020**.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                              ANALISA TORRES
                            United States District Judge