UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.        :

                                                         :        <u>ORDER</u>
                  Plaintiff,

                                                          :        19 Civ. 1171 (AT) (GWG)
   -v.-
                                                          :

JDS DEVELOPMENT LLC, et al.,
                                                          :

                 Defendants.        :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A telephone conference in this matter shall take place on July 9, 2020, at 4:00 p.m. to discuss the application made in Docket # 163. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: June 29, 2020
       New York, New York

                                                         _____
                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge