UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.          :

            Plaintiff,          :    <u>ORDER</u>

   -v.-          :
                            19 Civ. 1171 (AT) (GWG)
JDS DEVELOPMENT LLC. et al.,          :

           Defendants.          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to the application to amend the complaint (Docket # 223), this application is not opposed by defendant. Thus, the Court grants plaintiff leave to file an amended complaint. Obviously service should be made on the new defendant, Black Spruce Management, LLC, as soon as possible. Once that occurs, the Court will schedule a Rule 16 conference with respect to the new claims.

      It is unclear what "expedited discovery" plaintiff requires in the meantime. Plaintiff is free to make us of any discovery device in the Federal Rules of Civil Procedure. To the extent any further relief is required, plaintiffs may make an application to the Court compliant with paragraph 2.B of the Court's Individual Practices.

      The Court will refer the case to a mediator with experience in construction matters at any time the parties file a letter on ECF so requesting.

      SO ORDERED.

Dated: May 10, 2023
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge