UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAIR HOUSING JUSTICE CENTER, INC.,

                                        Plaintiff,            **19 Civ. No. 1171 (AT) (GS)**

        -against-                             **TELEPHONE CONFERENCE**
                                                                                 **SCHEDULING ORDER**

JDS DEVELOPMENT LLC *et al.*,

                                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court has reviewed Plaintiff's pre-motion letter. (Dkt. No. 268). Per Judge Torres' Individual Rule III.A, Defendants have five business days to submit an opposition to Plaintiff's letter. As such, Defendants are directed to submit their opposition (if any) to the court by **December 12, 2023.**

       Furthermore, this action is scheduled for a Telephone Conference on **Thursday, December 21, 2023 at 3:00 p.m.** Counsel is directed to join the telephone conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 866 416 142#**.

       **SO ORDERED.**

DATED:    New York, New York
                 December 7, 2023

                                                         _____
                                                         GARY STEIN
                                                         United States Magistrate Judge