UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FAIR HOUSING JUSTICE CENTER,
INC.,

                        Plaintiff,                        19 Civ. No. 1171 (AT) (GS)

     -against-                         **TELEPHONE CONFERENCE**
                                                                  **ORDER**

JDS DEVELOPMENT LLC *et al*,

                        Defendants.

-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Status Conference on **Wednesday, April 24, 2024 at 11:00 a.m.**, at which time the parties will be directed to advise the Court as to the status of this matter. The parties are directed to submit a joint status report no later than **Friday, April 19, 2024**. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 108 512 669#.**

      SO ORDERED.

DATED:    New York, New York
               April 5, 2024

                                                                      _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge