# Cuti Hecker Wang llp

305 Broadway, Suite 607
New York, NY 10007

Alice Reiter
212.620.2604 tel
212.620.2614 fax

areiter@chwllp.com

May 17, 2024

**BY ECF**

The Hon. Analisa Torres
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Fair Housing Justice Center, Inc. v. JDS Development LLC et al.*,
             Index No. 19 Civ. 1171 (AT) (GS)

Dear Judge Torres:

      This firm represents Plaintiff Fair Housing Justice Center, Inc. We write to submit for the Court's approval a final settlement agreement reached among the parties, which is attached for the Court's review.

      Subject to the Court's approval, the final settlement agreement will fully resolve all claims in this action. The parties hereby respectfully request that the Court so order the proposed final settlement agreement and file the so-ordered settlement agreement on the public docket pursuant to Rule IV(C) of the Court's Individual Practices in Civil Cases. Pursuant to Paragraph 8 of the final settlement agreement, the parties will execute and file the agreed-upon stipulation of dismissal following payment pursuant to Paragraph 3.

      Counsel for the parties are available at the Court's convenience to answer any questions the Court may have about any aspect of the proposed final settlement agreement. We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    Alice G. Reiter

cc:     Counsel of Record (by ECF)